```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS CANELLA and JENNIFER CANELLA,

                Plaintiffs,

-against-

HOLIDAY INNS, INC. and INTERCONTINENTAL HOTELS GROUP RESOURCES, INC.,

                Defendants.

20 Civ. 4120 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On May 29, 2020, Defendants removed this action to federal court from Supreme Court, Bronx County. ECF No. 1. It is ORDERED that:

1. By **June 26, 2020**, Plaintiffs shall file any motion to remand the case to state court.
2. By **July 10, 2020**, Defendants shall file any opposition.
3. By **July 17, 2020**, Plaintiffs shall file any reply.

SO ORDERED.

Dated: June 5, 2020
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge